[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 464.]

**YODER ET AL., APPELLEES, *v.* GREENSTEEL CORPORATION, APPELLANT.**

**[Cite as *Yoder v. Greensteel Corp.*, 1999-Ohio-404.]**

*Employer and employee—Cause of action brought by employee alleging intentional tort by employer in workplace—Court of appeals' judgment affirmed on authority of Johnson v. BP Chemicals, Inc.*

(No. 99-39—Submitted March 30, 1999—Decided May 12, 1999.)

APPEAL from the Court of Appeals for Stark County, No. 1998CA00106.

————————

*Richard M. Boyce*, for appellees.

*Roetzel & Andress, L.P.A.*, and *Thomas O. Crist*, for appellant.

————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *Johnson v. BP Chemicals, Inc.* (1999), 85 Ohio St.3d 298, 707 N.E.2d 1107.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 3} I respectfully dissent from the majority's judgment for the reasons set forth in my dissent in *Johnson v. BP Chemicals, Inc.* (1999), 85 Ohio St.3d 298, 314, 707 N.E.2d 1107, 1118-1119.

————————